# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| BULKA, MICHAEL | § | Case No. 11-17011 |
| | § | |
| Debtor(s) | § | |

### NOTICE OF TRUSTEE'S FINAL REPORT AND
### APPLICATIONS FOR COMPENSATION
### AND DEADLINE TO OBJECT (NFR)

      Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Phillip D. Levey, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

      The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

                Kenneth Gardner
                U.S. Bankruptcy Court Clerk
                219 South Dearborn Street- 7th Floor
                Chicago, IL  60614

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:00 AM on 04/10/2013 in Courtroom 642,

                United States Courthouse
                219 South Dearborn Street
                Chicago, IL  60604

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: _____          By: Kenneth S. Gardner _____
                                                                Clerk, U.S. Bankruptcy Court

*Phillip D. Levey*
*2722 North Racine Avenue*
*Chicago, IL 60614*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| BULKA, MICHAEL | § | Case No. 11-17011 |
| | § | |
| Debtor(s) | § | |

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 7,474.89 |
| and approved disbursements of | $ | 143.73 |
| leaving a balance on hand of[1] | $ | 7,331.16 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Phillip D. Levey | $ 1,011.80 | $ 0.00 | $ 1,011.80 |
| Trustee Expenses: Phillip D. Levey | $ 11.01 | $ 0.00 | $ 11.01 |
| Total to be paid for chapter 7 administrative expenses | | | $ 1,022.81 |
| Remaining Balance | | | $ 6,308.35 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (5/1/2011) *(Page: 2)*

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 2,873.40 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 100.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Capital One Bank (USA), N.A. | $ 1,302.09 | $ 0.00 | $ 1,302.09 |
| 000002 | Chase Bank USA, N.A. | $ 1,571.31 | $ 0.00 | $ 1,571.31 |
| | Total to be paid to timely general unsecured creditors | | $ | 2,873.40 |
| | Remaining Balance | | $ | 3,434.95 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

To the extent funds remain after payment in full to all allowed claims, interest will be paid at the legal rate of 0.2 % pursuant to 11 U.S.C. § 726(a)(5). Funds available for interest are $ 7.26 . The amounts proposed for payment to each claimant, listed above, shall be increased to include the applicable interest.

The amount of surplus returned to the debtor after payment of all claims and interest is $ 3,427.69 .

Prepared By: /s/Phillip D. Levey
Trustee's Counsel

*Phillip D. Levey*
*2722 North Racine Avenue*
*Chicago, IL 60614*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                Case No. 11-17011-ABG
Michael Bulka                                                         Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0752-1           User: vrowe              Page 1 of 2              Date Rcvd: Mar 12, 2013
                               Form ID: pdf006          Total Noticed: 16

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 14, 2013.
```
db          +Michael Bulka,    1249 Spring Creek Road,    Elgin, IL 60120-5035
17165845    +Bachomeloans,    450 American St Credit Reporting S,    Simi Valley, CA 93065-6285
17165842    +Bulka Michael,    1249 Sring Creek Road,    Elgin, IL 60120-5035
17165846   ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
             (address filed with court:  Cap One,    Po Box 85520,    Richmond, VA  23285)
17165847    +Chase,   Po Box 15298,    Wilmington, DE 19850-5298
17507565     Chase Bank USA, N.A.,    PO Box 15145,    Wilmington, DE 19850-5145
17165848    +Harris N A,    Po Box 94034,    Palatine, IL 60094-4034
17165849    +Highlife Adventures,    3047 N. Lincoln #200,    Chicago, IL 60657-4274
17165843    +Law Offices of James M Kelly,     119 N Northwest Highway,    Palatine, IL 60067-5324
17165851    +Santander Consumer Usa,    8585 N Stemmons Fwy Ste,    Dallas, TX 75247-3822
17165852   #+Vitorian Park Condominium Association,    1908 Wright Blvd,    Schaumburg, IL 60193-4587
17165853   ++WELLS FARGO BANK NA,    WELLS FARGO HOME MORTGAGE AMERICAS SERVICING,
              ATTN BANKRUPTCY DEPT MAC X7801-014,    3476 STATEVIEW BLVD,    FORT MILL SC 29715-7203
             (address filed with court:  Wells Fargo Hm Mortgag,    8480 Stagecoach Cir,    Frederick, MD  21701)
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
17165844      E-mail/Text: ebnbankruptcy@ahm.honda.com Mar 13 2013 03:20:20     American Honda Finance,
               2170 Point Blvd Ste 100,    Elgin, IL   60123
17622495      E-mail/Text: ebnbankruptcy@ahm.honda.com Mar 13 2013 03:20:20
               American Honda Finance Corporation,    National Bankruptcy Center,    P.O. Box 168088,
               Irving, TX 75016-8088
17490860      E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Mar 13 2013 03:37:38     Capital One Bank (USA), N.A.,
               by American InfoSource LP as agent,    PO Box 248839,    Oklahoma City, OK  73124-8839
17165850     +E-mail/Text: bankrup@aglresources.com Mar 13 2013 03:19:30     Nicor Gas,    1844 Ferry Road,
               Naperville, IL 60563-9600
                                                                                              TOTAL: 4
```

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Mar 14, 2013**              **Signature:**   _Joseph Speetjens_

```
District/off: 0752-1           User: vrowe                 Page 2 of 2                  Date Rcvd: Mar 12, 2013
                               Form ID: pdf006             Total Noticed: 16
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 11, 2013 at the address(es) listed below:
              James M Kelly    on behalf of Debtor Michael  Bulka jkellylaw94@yahoo.com
              Maria  Georgopoulos    on behalf of Creditor    BANK OF AMERICA, N.A., SUCCESSOR BY MERGER TO BAC
               HOME LOANS SERVICING, LP FKA COUNTRYWIDE HOME LOANS SERVICING LP nd-three@il.cslegal.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
              Phillip D Levey, ESQ    levey47@hotmail.com,  plevey@ecf.epiqsystems.com
                                                                                             TOTAL: 4