UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

In re: §
§
§
BULKA, MICHAEL § Case No. 11-17011
§
Debtor(s) §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

    Phillip D. Levey, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

    1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

    2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned:                                      Assets Exempt:
*(Without deducting any secured claims)*

Total Distributions to Claimants:                      Claims Discharged
                                                       Without Payment:

Total Expenses of Administration:

---

    3) Total gross receipts of $            (see **Exhibit 1**), minus funds paid to the debtor and third parties of $         (see **Exhibit 2**), yielded net receipts of $          from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | | | | |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | | | | |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

4) This case was originally filed under chapter ___ on _____. The case was pending for ___ months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____ By: /s/Phillip D. Levey _____
                                                        Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
| **TOTAL GROSS RECEIPTS** |  | **$** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| MICHAEL BULKA |  |  |  |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** |  |  | **$** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | American Honda Finance<br>2170 Point Blvd Ste 100<br>Elgin, IL  60123 |  |  |  |  |  |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Bachomeloans 450 American St Credit Reporting S Simi Valley, CA  93065 | | | | | |
| | Harris N A Po Box 94034 Palatine, IL  60094 | | | | | |
| | Santander Consumer Usa 8585 N Stemmons Fwy Ste Dallas, TX  75247 | | | | | |
| | Vitorian Park Condominium Association 1908 Wright Blvd Schaumburg, IL  60193 | | | | | |
| | Wells Fargo Hm Mortgag 8480 Stagecoach Cir Frederick, MD  21701 | | | | | |
| 000003 | AMERICAN HONDA FINANCE CORPORATION | | | | | |
| TOTAL SECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| PHILLIP D. LEVEY | | | | | |
| PHILLIP D. LEVEY | | | | | |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| INTERNATIONAL SURETIES, LTD. | | | | | |
| INTERNATIONAL SURETIES, LTD. | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| BANK OF AMERICA | | | | | |
| BANK OF AMERICA | | | | | |
| BANK OF AMERICA | | | | | |
| BANK OF AMERICA | | | | | |
| BANK OF AMERICA | | | | | |
| BANK OF AMERICA | | | | | |
| BANK OF AMERICA | | | | | |
| BANK OF AMERICA | | | | | |
| BANK OF AMERICA | | | | | |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| BANK OF AMERICA | | | | | |
| BANK OF AMERICA | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Cap One Po Box 85520 Richmond, VA  23285 | | | | | |
| | Chase Po Box 15298 Wilmington, DE  19850 | | | | | |
| | Highlife Adventures 3047 N. Lincoln #200 Chicago, IL 60657 | | | | | |
| | Nicor Gas 1844 Ferry Road Naperville, IL  60563 | | | | | |
| 000001 | CAPITAL ONE BANK (USA), N.A. | | | | | |
| 000002 | CHASE BANK USA, N.A. | | | | | |
| | CAPITAL ONE BANK (USA), N.A. | | | | | |
| | CHASE BANK USA, N.A. | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Page: 1

Exhibit 8

| Case No: | 11-17011 | ABG | Judge: A. BENJAMIN GOLDGAR | | Trustee Name: | Phillip D. Levey |
| --- | --- | --- | --- | --- | --- | --- |
| Case Name: | BULKA, MICHAEL | | | | Date Filed (f) or Converted (c): | 04/21/11 (f) |
| | | | | | 341(a) Meeting Date: | 05/27/11 |
| For Period Ending: | 07/07/13 | | | | Claims Bar Date: | 09/12/11 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Income Tax Refund | 0.00 | 7,474.00 | | 7,474.00 | FA |
| 2. Post-Petition Interest Deposits (u) | 0.00 | N/A | | 0.89 | Unknown |
| 3. 1249 Spring Creek Road, Elgin, IL | 230,000.00 | 0.00 | | 0.00 | FA |
| Debtor Claimed Exemption | | | | | |
| 4. 537 Shagbark, Streamwood, IL | 140,000.00 | 129.00 | | 0.00 | FA |
| 5. Cash | 50.00 | 0.00 | | 0.00 | FA |
| Debtor Claimed Exemption | | | | | |
| 6. Checking Account | 195.00 | 195.00 | | 0.00 | FA |
| 7. Household Goods | 2,000.00 | 2,000.00 | | 0.00 | FA |
| 8. Clothing | 700.00 | 0.00 | | 0.00 | FA |
| Debtor Claimed Exemption | | | | | |
| 9. savings Account | 3,400.00 | 0.00 | | 0.00 | FA |
| Debtor Claimed Exemption | | | | | |
| 10. Mobile Texting, Inc. - 1% interest | 0.00 | 0.00 | | 0.00 | FA |
| 11. Orange Grove Partnership | 13,000.00 | 0.00 | | 0.00 | FA |
| 12. 2003 F-150 Truck | 4,000.00 | 5,500.00 | | 0.00 | FA |
| 13. 2008 Honda Civic | 8,000.00 | 5,668.00 | | 0.00 | FA |
| TOTALS (Excluding Unknown Values) | $401,345.00 | $20,966.00 | | $7,474.89 | Gross Value of Remaining Assets $0.00 (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Initial Projected Date of Final Report (TFR): 11/30/12    Current Projected Date of Final Report (TFR): 11/30/12

FORM 2

Page: 1

Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 11-17011 -ABG | Trustee Name: | Phillip D. Levey |
|---|---|---|---|
| Case Name: | BULKA, MICHAEL | Bank Name: | ASSOCIATED BANK |
| | | Account Number / CD #: | *******2911 Checking |
| Taxpayer ID No: | *******9090 | | |
| For Period Ending: | 07/07/13 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 08/30/12 | | Trsf In From BANK OF AMERICA | INITIAL WIRE TRANSFER IN | 9999-000 | 7,366.71 | | 7,366.71 |
| 10/16/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 4.54 | 7,362.17 |
| 11/05/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 4.69 | 7,357.48 |
| 12/07/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 4.54 | 7,352.94 |
| 01/08/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 4.68 | 7,348.26 |
| 02/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.92 | 7,337.34 |
| 03/07/13 | 010001 | International Sureties, Ltd. 701 Poydras St. New Orleans, LA 70139 | Trustee's Bond Blanket Bond Premium for 2/1/13 to 2/1/14. | 2300-000 | | 6.18 | 7,331.16 |
| 05/03/13 | 010002 | PHILLIP D. LEVEY 2722 NORTH RACINE AVENUE CHICAGO, IL 60614 | Chapter 7 Compensation/Fees | 2100-000 | | 1,014.07 | 6,317.09 |
| 05/03/13 | 010003 | PHILLIP D. LEVEY 2722 NORTH RACINE AVENUE CHICAGO, IL 60614 | Chapter 7 Expenses | 2200-000 | | 11.01 | 6,306.08 |
| 05/03/13 | 010004 | Capital One Bank (USA), N.A. by American InfoSource LP as agent PO Box 71083 Charlotte, NC 28272-8820 | Claim 000001, Payment 100.48921% (1-1) Incorrect Debtors Name, Filer Notified to File Amended Claim (Modified on 7/5/11) vr | | | 1,308.46 | 4,997.62 |
| | | | Claim 1,302.09 | 7100-900 | | | |
| | | | Interest 6.37 | 7990-000 | | | |
| 05/03/13 | 010005 | Chase Bank USA, N.A. PO Box 15145 Wilmington, DE 19850-5145 | Claim 000002, Payment 100.48940% | | | 1,579.00 | 3,418.62 |
| | | | Claim 1,571.31 | 7100-900 | | | |
| | | | Interest 7.69 | 7990-000 | | | |
| 05/03/13 | 010006 | MICHAEL BULKA 1249 SPRING CREEK ROAD | Surplus Funds | 8200-002 | | 3,418.62 | 0.00 |

Page Subtotals  7,366.71   7,366.71

Ver: 17.02d

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 9)*

FORM 2

Page: 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 11-17011 -ABG | Trustee Name: | Phillip D. Levey |
|---|---|---|---|
| Case Name: | BULKA, MICHAEL | Bank Name: | ASSOCIATED BANK |
|  |  | Account Number / CD #: | *******2911  Checking |
| Taxpayer ID No: | *******9090 |  |  |
| For Period Ending: | 07/07/13 | Blanket Bond (per case limit): | $ 5,000,000.00 |
|  |  | Separate Bond (if applicable): |  |

| 1 | 2 | 3 | 4 | Uniform Tran. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction |  | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
|  |  | ELGIN, IL  60102 |  |  |  |  |  |

|  |  |  |  |
|---|---|---|---|
| COLUMN TOTALS | 7,366.71 | 7,366.71 | 0.00 |
| Less:  Bank Transfers/CD's | 7,366.71 | 0.00 |  |
| Subtotal | 0.00 | 7,366.71 |  |
| Less:  Payments to Debtors |  | 3,418.62 |  |
| Net | 0.00 | 3,948.09 |  |

Page Subtotals          0.00          0.00

Ver: 17.02d

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 10)*

FORM 2

Page: 3

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 11-17011 -ABG | Trustee Name: | Phillip D. Levey |
|---|---|---|---|
| Case Name: | BULKA, MICHAEL | Bank Name: | BANK OF AMERICA |
| | | Account Number / CD #: | *******5876 Money Market Account (Interest Earn |
| Taxpayer ID No: | *******9090 | | |
| For Period Ending: | 07/07/13 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 06/10/11 | 1 | Michael P. Bulka | Income Tax Refund | 1124-000 | 7,474.00 | | 7,474.00 |
| 06/30/11 | 2 | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 0.03 | | 7,474.03 |
| 07/29/11 | 2 | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 0.06 | | 7,474.09 |
| 08/31/11 | 2 | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 0.07 | | 7,474.16 |
| 09/30/11 | 2 | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 0.06 | | 7,474.22 |
| 10/31/11 | 2 | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 0.06 | | 7,474.28 |
| 10/31/11 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | 9.52 | 7,464.76 |
| 11/30/11 | 2 | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 0.06 | | 7,464.82 |
| 11/30/11 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | 9.20 | 7,455.62 |
| 12/30/11 | 2 | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 0.06 | | 7,455.68 |
| 12/30/11 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | 9.19 | 7,446.49 |
| 01/31/12 | 2 | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 0.07 | | 7,446.56 |
| 01/31/12 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | 9.77 | 7,436.79 |
| 02/29/12 | 2 | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 0.06 | | 7,436.85 |
| 02/29/12 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | 8.84 | 7,428.01 |
| 03/30/12 | 2 | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 0.06 | | 7,428.07 |
| 03/30/12 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | 9.13 | 7,418.94 |
| 04/05/12 | 000101 | International Sureties, Ltd. 701 Poydras Street New Orleans, LA 70139 | Blanket Bond Bond # 016026455 | 2300-000 | | 6.45 | 7,412.49 |
| 04/30/12 | 2 | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 0.06 | | 7,412.55 |
| 04/30/12 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | 9.42 | 7,403.13 |
| 05/31/12 | 2 | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 0.06 | | 7,403.19 |
| 05/31/12 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | 9.41 | 7,393.78 |
| 06/29/12 | 2 | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 0.06 | | 7,393.84 |
| 06/29/12 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | 8.79 | 7,385.05 |
| 07/31/12 | 2 | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 0.06 | | 7,385.11 |
| 07/31/12 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | 9.69 | 7,375.42 |

Page Subtotals 7,474.83 99.41

Ver: 17.02d

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 11)*

FORM 2

Page: 4

Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 11-17011 -ABG | | Trustee Name: | Phillip D. Levey |
|---|---|---|---|---|
| Case Name: | BULKA, MICHAEL | | Bank Name: | BANK OF AMERICA |
| | | | Account Number / CD #: | *******5876 Money Market Account (Interest Earn |
| Taxpayer ID No: | *******9090 | | | |
| For Period Ending: | 07/07/13 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 08/30/12 | 2 | BANK OF AMERICA | INTEREST REC'D FROM BANK | 1270-000 | 0.06 | | 7,375.48 |
| 08/30/12 | | BANK OF AMERICA<br>901 MAIN STREET<br>10TH FLOOR<br>DALLAS, TX 75283 | BANK FEES | 2600-000 | | 8.77 | 7,366.71 |
| 08/30/12 | | Trsf To ASSOCIATED BANK | FINAL TRANSFER | 9999-000 | | 7,366.71 | 0.00 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | 7,474.89 | 7,474.89 | 0.00 |
| Less:  Bank Transfers/CD's | 0.00 | 7,366.71 | |
| Subtotal | 7,474.89 | 108.18 | |
| Less:  Payments to Debtors | | 0.00 | |
| Net | 7,474.89 | 108.18 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Checking - ********2911 | 0.00 | 3,948.09 | 0.00 |
| Money Market Account (Interest Earn - ********5876 | 7,474.89 | 108.18 | 0.00 |
| | 7,474.89 | 4,056.27 | 0.00 |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals        0.06        7,375.48

Ver: 17.02d

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 12)*